UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE

JARROD MARQUEL JOHNSON,

     Plaintiff,

v.

J. SLONE, et al.,

     Defendants.

Civil Action No. 7:16-274-KKC

**JUDGMENT**

*** *** *** ***

Consistent with the Memorandum Opinion and Order entered today, pursuant to Federal Rules of Civil Procedure 58 it is **ORDERED** and **ADJUDGED** that:

1.    The plaintiff's complaint [R. 1] is **DISMISSED WITH PREJUDICE** with respect to all issues raised in this proceeding.

2.    Judgment is **ENTERED** in favor of the defendants.

3.    This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated March 20, 2018.

*Karen K. Caldwell*

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY